IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROGER McCLAIN,                  )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:24cv129-MHT
                                )           (WO)
WAL-MART STORES EAST, LP,       )
                                )
    Defendant.                  )
```

ORDER

The court previously entered an order (Doc. 4) raising concerns about whether it has subject-matter jurisdiction in this case, which was removed from the Circuit Court of Covington County, Alabama. The court granted the defendant until March 14, 2024, to amend the notice of removal or file a brief in support of jurisdiction. The defendant instead has filed a notice of its consent to remand this case to the state court (Doc. 5).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of

Covington County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 12th day of March, 2024.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE